Re: In the Matter of Walter Warren BROOKS.

(377 S. E. (2d) 827)

Supreme Court

March 21, 1989.

## ORDER

The above named filed a Petition on May 5, 1988, seeking reinstatement to the practice of law in the State of South Carolina.

After careful consideration of the Petition, it is hereby ordered that Walter Warren Brooks is reinstated as a member of the South Carolina Bar.

Re: In the Matter of Fred Henderson MOORE.

(377 S. E. (2d) 922)

Supreme Court

Petition for Reinstatement of License to Practice Law granted.